```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                          12/27/2024

                                     CENTRAL DISTRICT OF CALIFORNIA
                                     BY        AP        DEPUTY
                                     DOCUMENT SUBMITTED THROUGH THE
                                     ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Stephan C Dean & Liza Dean
DBA Surefile Filing Systems
                    PLAINTIFF/PETITIONER

v.

Kaiser Foundation Health Plan, Inc; Kaiser
Foundation Hospitals, Inc.
Does 1-50
                    DEFENDANT/RESPONDENT

CASE NUMBER

5:24-cv-02742-KK(SPx)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Stephan C Dean & Liza D Dean, DBA Surefile   declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?   ☒ Yes   ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: 
       Liza Dean; RAG Consulting 49613 Cesar Chave Blvd B203, Coachella 92236

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | Source | Yes | No |
    |---|---|---|
    | Public benefits? | ☐ | ☒ |
    | Business, profession or form of self-employment? | ☒ | ☐ |
    | Rent payments, interest or dividends? | ☐ | ☒ |
    | Pensions, annuities or life insurance payments? | ☐ | ☒ |
    | Gifts or inheritances? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |
    | Loans? | ☐ | ☒ |
    | Any other income (other than listed above)? | ☐ | ☒ |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Stephan C Dean (self-employed) $24612/YR

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration.  Chase 517830399; Nov $21; Oct $42; Sep $56; Aug $4; Jul $355; Jun $55; Chime 689110471745 Nov $380; Oct $460; Sep $25; Aug $21; Jul $27; Jun $37 BofA 325136038278 Nov $103; Oct $79; Sep $131; Aug $157; Jul $21; Jun $172

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes   ☐ No

   If you answer is yes, describe the property and state its approximate value:  Ford Fiesta 2013 $1,800

5. In what year did you last file an Income Tax Return?  2021

   Approximately how much income did your last return reflect?  36000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | $1,191.00 | Credit Cards | $300.00 |
| Transportation | $300.00 | Child Care | $0.00 |
| Food | $550.00 | Insurance | $300.00 |
| Medical | 0 | Loans | $0.00 |
| Utilities | $520.00 | Other | $80.00 |

California
State

Riverside
County (or City)

I, Stephan C Dean & Liza Dean, DBA Surefile  declare under penalty of perjury that the foregoing is true and correct.  Executed on:

12/27/2024
Date

Plaintiff (Signature)