**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Stephan Dean et al | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:24-cv-02742-KK-SP |
| v. | |
| Kaiser Foundation Health Plan, Inc. et al | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 1/13/2025 | 14 | Application to Electronically File |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 3/26/2025

By: _[signature]_
Hon. Kenly Kiya Kato, U.S. District Judge